NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Todd M. Friedman, Esq. (SBN 216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
Attorneys for Plaintiff

ATTORNEY(S) FOR: Plaintiff, Casey Blotzer

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EDWARD MAKARON, on behalf of himself and all others similarly situated, | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | |
| ENAGIC USA, INC., | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __EDWARD MAKARON__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| EDWARD MAKARON | PLAINTIFF |
| ENAGIC USA, INC. | DEFENDANT |

July 8, 2015                              /s/Todd M. Friedman
Date                                      Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Edward Makaron