1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   ANDRE J. CRONTHALL, Cal. Bar No. 117088
3  acronthall@sheppardmullin.com
   FRED R. PUGLISI, Cal. Bar No. 121822
4  fpuglisi@sheppardmullin.com
   CATHERINE LA TEMPA, Cal. Bar No. 162865
5  clatempa@sheppardmullin.com
   333 South Hope Street, 43rd Floor
6  Los Angeles, California 90071-1422
   Telephone: 213.620.1780
7  Facsimile: 213.620.1398

8  Attorneys for Defendant ENAGIC USA,
   INC.

9

10              UNITED STATES DISTRICT COURT

11       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

| | |
|---|---|
| 13  EDWARD MAKARON, on behalf of himself and all others similarly situated,<br><br>14                Plaintiff,<br><br>15        v.<br><br>16  ENAGIC USA INC.,<br><br>17                Defendant. | Case No. 2:15-CV-05145-DDP-E<br><br>**DEFENDANT ENAGIC USA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Assigned to:<br>The Honorable Dean D. Pregerson<br>Referred to:<br>Magistrate Judge Charles F. Eick<br><br>Hearing Date: September 28, 2015<br>Time:        10:00 a.m.<br>Dept.:        3<br><br>Trial Date:    [None Set] |

18

19

20

21

22

23

24

25

26

27

28

1    TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that on September 28, 2015, at 10:00 a.m. or as soon

3    thereafter as the matter may be heard in Department 3 at 312 North Spring Street,

4    Los Angeles, CA 90012-4701, defendant Enagic USA, Inc. will, and hereby does,

5    move this Court pursuant to Rules 8, 9, and 12(b)(6) of the Federal Rules of Civil

6    Procedure for an order dismissing the Complaint of Plaintiff Edward Makaron, on

7    behalf of himself and all others similarly situated ("Plaintiff").

8    Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Enagic USA,

9    Inc. ("Enagic"), moves to dismiss Plaintiff's complaint as follows:

10    1.    Plaintiff Edward Makaron's ("Plaintiff") claims for negligent and

11    intentional violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et*

12    *seq.* ("TCPA") should be dismissed pursuant to Rule 12(b)(6) because the complaint

13    does not allege facts that demonstrate that Enagic initiated a telephone call to

14    Plaintiff's cellular telephone line using an artificial or prerecorded voice to deliver a

15    message without the prior express consent of Plaintiff.  In fact, Plaintiff's Complaint

16    fails to allege facts that establish who initiated the two calls that are the basis for the

17    lawsuit, or how the unnamed person that allegedly initiated one of the calls is a

18    representative of Enagic.

19    2.    Plaintiff's Complaint further fails to allege the content of the alleged

20    artificial or prerecorded voice call, such that it is not possible to determine whether

21    the call is subject to the TCPA's restrictions.  Further, Plaintiff's Complaint fails to

22    identify the information that was displayed on Plaintiff's Caller ID at the time of the

23    subject call.

24    3.    Federal courts addressing the sufficiency of the allegations in a TCPA

25    complaint require "more than a bare assertion of [the TCPA] elements, looking

26    instead to the plaintiff's factual allegations to determine whether a TCPA claim can

27    be sustained." *Sepehry-Fard v. MB Fin. Serv.,* 2014 WL 2191994, at *3-4 (N.D. Cal.

28    May 23, 2014), citing, *Kramer v. Autobytel, Inc.,* 759 F.Supp.2d 1165, 1171

-1-

1   (N.D.Cal. 2010); *see also*, *Strand v. Corinthian Colleges, Inc.*, 2014 WL 1515494,

2   (W.D. Mich. April 17, 2014) (dismissing a TCPA complaint because "[n]otice

3   pleading, under *Twombly* and *Iqbal*, necessarily requires that a plaintiff plead the

4   telephone number in question to 'raise a right to relief above the speculation level'"

5   (citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

6       4.    As discussed in more detail in the accompanying Memorandum, the

7   conclusory allegations in the Complaint are inadequate to state a claim upon which

8   relief should be granted and the Complaint therefore should be dismissed.

9       5.    The grounds and precedent for this motion are more fully set forth in

10  Enagic's Memorandum in Support of its Motion to Dismiss, filed contemporaneously

11  herewith and incorporated by reference into this motion.

12      WHEREFORE, Enagic USA, Inc. respectfully requests that this Court dismiss

13  all of plaintiff's claims against it and that this Court grant such other relief to which

14  Enagic is justly entitled.

15

16  Dated:  August 21, 2015

17                          Respectfully submitted,

18                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

19

20                          By _____

21                                  ANDRE J. CRONTHALL
22                                  FRED R. PUGLISI
                                    CATHERINE LA TEMPA
23

24                          Attorneys for Defendant ENAGIC USA, INC.

25  Of Counsel:

26  Dwight M. Francis
    Texas Bar No. 00785877
    Gardere Wynne Sewell, LLP
27  1601 Elm St., Ste. 3000
    Dallas, TX 75201
28  Telephone:  (214) 999-3000

-2-

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On August 21, 2015, I served true copies of the following document(s) described as **DEFENDANT ENAGIC USA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS** on the interested parties in this action as follows:

| | |
|---|---|
| Todd M. Friedman | Attorneys for Plaintiff |
| Suren N. Weerasuriya | Edward Makaron on behalf of himself and |
| Adrian R. Bacon | all others similarly situated |
| LAW OFFICES OF TODD M. | tfriedman@attorneysforconsumers.com |
| FRIEDMAN | sweerasuriya@attorneysforconsumers.com |
| 324 S. Beverly Dr. #725 | abacon@attorneysforconsumers.com |
| Beverly Hills, CA 90212 | |
| TEL: 877-206-4741 | |
| FAX: 866-633-0228 | |

☐     **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address _____ to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted at _____ a.m./p.m. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 21, 2015, at Los Angeles, California.

Sharon Stevenson-Kelley