1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   FRED R. PUGLISI, Cal. Bar No. 121822
3  fpuglisi@sheppardmullin.com
   JAY T. RAMSEY, Cal. Bar No. 273160
4  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067
5  Telephone:  310.228.3700
   Facsimile:   310.228.3701
6
   GARDERE WYNNE SEWELL
7  DWIGHT M. FRANCIS (*Admitted Pro Hac Vice*)
   dfrancis@gardere.com
8  1601 Elm Street, Ste. 300
   Dallas, TX 75201
9  Telephone:  214.999.3000

10 Attorneys for Defendant
   ENAGIC USA, INC.
11

12                 UNITED STATES DISTRICT COURT

13         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14

| 15 EDWARD MAKARON, on behalf of himself and all others similarly situated, | Case No. 2:15-CV-05145-DDP-E |
|---|---|
| 16 | *Hon. Dean D. Pregerson* |
| 17     Plaintiff, | **JOINT STIPULATION CONTINUING HEARING DATE ON DEFENDANT ENAGIC USA, INC.'S MOTION TO DISMISS** |
| 18     v. | |
| 19 ENAGIC USA INC., | |
| 20     Defendant. | Old Date:   September 28, 2015<br>New Date:  October 5, 2015 |
| 21 | Time:       10:00 a.m.<br>Dept.:       3 |
| 22 | Trial Date:  [None Set] |

Plaintiff Edward Makaron ("Plaintiff") and Defendant Enagic USA, Inc. ("Defendant"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's Complaint, which is currently set for hearing at 10:00 a.m. on September 28, 2015 in Department 3 of the United States District Courthouse for the Central District of California, located at 312 N. Spring Street, Los Angeles, California 90012, the Honorable Dean D. Pregerson presiding;

WHEREAS, due to a unanticipated server blackout at the law firm of counsel for Plaintiff that lasted several days, including during the time that Defendant's Motion to Dismiss was filed, counsel for Plaintiff did not receive a copy of the Motion to Dismiss when it was filed;

WHEREAS, counsel for Defendant, Dwight M. Francis, whose Pro Hac Vice application was granted on September 8, 2015, and who intends on appearing at the hearing and arguing the motion, is no longer available on September 28, 2015, the original hearing date;

WHEREAS, to allow Plaintiff sufficient time to respond to the Motion to Dismiss and to accommodate Defendant's counsel's schedule, the parties have agreed to continue the hearing to 10:00 a.m. on October 5, 2015;

NOW, THEREFORE, IT IS HERBY STIPULATED AND AGREED that the hearing on Defendant's Motion to Dismiss is continued to October 5, 2015 at 10:00 a.m.

Dated:  September 9, 2015     LAW OFFICE OF TODD M. FRIEDMAN, P.C.

By _____/s/ Adrian R. Bacon_____
TODD M. FRIEDMAN
SUREN N. WEERASURIYA
ADRIAN R. BACON

Attorneys for Plaintiff
EDWARD MAKARON

1  Dated:  September 9, 2015      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3                                  By     */s/ Jay T. Ramsey*
4                                       FRED R. PUGLISI
                                        JAY T. RAMSEY

6                                  Attorneys for Defendant
                                   ENAGIC USA, INC.

SMRH:472961307.1                                    -2-
                                   STIPULATION CONTINUING HEARING DATE