UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 15-05145 DDP (Ex)                                        Dated: September 22, 2015

Title:   EDWARD MAKARON, on behalf of himself and all others similarly situated -v- ENAGIC USA, INC.
=================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

      John A. Chambers                                        None Present
      Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

      None                                                                 None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** the MOTION TO DISMISS CASE (DOCKET NUMBER 9) set for September 29, 2015 at 10:00 a.m., is hereby VACATED.


MINUTES FORM 11                                                                Initials of Deputy Clerk   JAC
CIVIL -- GEN