UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 15-05145 DDP (Ex)                                Dated: November 4, 2015

Title:   EDWARD MAKARON, on behalf of himself and all others similarly situated -v- ENAGIC USA, INC.

=================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                          <u>None Present</u>
Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                       None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO DISMISS CASE FILED BY DEFENDANT ENAGIC USA, INC. (DOCKET NUMBER 18) set for November 9, 2015 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                            Initials of Deputy Clerk: JAC
CIVIL -- GEN