# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-05145 DDP (Ex) | Date | March 9, 2016 |
| Title | EDWARD MAKARON, on behalf of himself and all others similarly situated -V- ENAGIC USA, INC. | | |

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| Patricia Gomez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:    MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that Plaintiff's First Amended Complaint was not timely filed, and Plaintiff did not obtain Defendant's consent or leave of the court prior to filing the FAC.  F.R.C.P. 15(a).  Defendant's Motion to Dismiss (Dkt. 18) is GRANTED, with leave to amend.  Any amended complaint shall be filed within 10 days of the date of this Minute Order.  The parties shall meet and confer prior to the filing of any amended complaint in an attempt to avoid another motion to dismiss.

|  | : | N / A |
|---|---|---|
| Initials of Preparer | | PG |