Todd M. Friedman (SBN 216752)
tfriedman@attorneysforconsumers.com
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MAKARON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENAGIC USA, INC.,<br><br>Defendant. | Case No.: 2:15-cv-05145-DDP-E<br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**<br><br>**Hon. Dean D. Pregerson**<br><br>Date:  March 13, 2017<br><br>Time:  10:00 am<br><br>Place:  Court Room 3, 312 N Spring St, Los Angeles, CA 90012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on or about March 13, 2017, at 10:00 a.m., before the Honorable Dean D. Pregerson of the United States District Court, Central District of California, Courtroom Three, located at 312 North Spring

- 1

**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**

Street Los Angeles, CA 90012-4701, Plaintiff EDWARD MAKARON ("Plaintiff") will move this Court for an order granting Plaintiff's Motion for Class Certification and for Appointment as Class Counsel, against ENAGIC USA, INC. ("Defendant") pursuant to Fed. R. Civ. P. 23(B)(2) and (B)(3), concerning violations of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq*.

Plaintiff will move the Court to certify a 47 U.S.C. § 227(b)(1)(A)(iii) class consisting of:

> All persons within the United States who received any telephone calls from Defendant or one of its Distributor-Agents to said person's cellular telephone made through the use of any automatic telephone dialing system or an artificial or prerecorded voice and such person had not previously consented to receiving such calls within the four years prior to the filing of the Complaint.

Plaintiff will also move the Court for appointment of Plaintiff as Class Representative, and for appointment of Plaintiff's attorneys as Class Counsel.

This Motion is made pursuant to the Fed. R. Civ. P. 23(b)(2) and (b)(3), a hybrid class action, on the grounds that the Rule 23 prerequisites are satisfied. This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the declarations and exhibits thereto, the Complaint, all other

**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**

pleadings and papers on file in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter.

Plaintiff files the Motion for Class Certification to procedurally preserve Plaintiff's rights pursuant to the decision in *Genesis Healthcare Corp. v. Symczyk*, 133 S. Ct. 1523 (U.S. 2013), although Plaintiff disagrees that the *Genesis* decision applies to class actions pursuant to Fed. R. Civ. P. 23.

Dated: June 15, 2016

By: /s/ Todd M. Friedman
Todd M. Friedman

- 3 -

**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**