Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Thomas E. Wheeler (308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
tfriedman@toddflaw.com
abacon@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MAKARON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>     vs.<br><br>ENAGIC USA, INC.,<br><br>Defendant. | Case No. 2:15-cv-05145-DDP-E<br><br>**PLAINTIFF EDWARD MAKARON'S NOTICE OF MOTION & MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>**Hon. Dean D. Pregerson**<br>**Date:   January 13, 2020**<br>**Time:  10:00 am** |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 13, 2019, at 10:00 a.m., in Department 9C of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California 90012, plaintiff Edward Makaron ("Plaintiff"), for himself and others similarly situated, will move this Court for an order granting final approval of the class action settlement as detailed in Plaintiff's memorandum of points and authorities.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the declaration and exhibits thereto, the Complaint, all other pleadings and papers on file in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter.

Dated: November 29, 2019              Respectfully submitted,

                                   By:

                                   */s/ Todd M. Friedman*
                                   Todd M. Friedman (SBN 216752)
                                   Adrian R. Bacon (SBN 280332)
                                   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

                                   ***Attorneys for Plaintiff and all other similarly situated.***

## <u>CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7-3</u>

Plaintiff's counsel certifies that prior to filing the instant motion, the parties, through counsel, met and conferred pertaining to the subject matter of the instant motion.  Defendant does not oppose this motion.

Dated:  November 29, 2019          Respectfully submitted,

By:  */s/ Todd M. Friedman*
_____

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C**.

***Attorneys for Plaintiff and all others similarly situated.***

# CERTIFICATE OF SERVICE

Filed electronically on this November 29th, 2019, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Dean D. Pregerson
United States District Court
Central District of California

And All Counsel of Record As Recorded On The Electronic Service List.


This November 29th, 2019

s/Todd M. Friedman, Esq.
Todd M. Friedman