**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

EDWARD MAKARON, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

ENAGIC USA, INC.,

Defendants.

Case No.  2:15-cv-05145-DDP-E

## STATUS REPORT REGARDING ADMINISTRATION

### I.      CLAIM ACTIVITY

1. ***Claims Process***. The Settlement Agreement allowed for claim submissions via an online claim filing platform or hard copy claim submissions until the claims deadline on November 14, 2019. The Settlement Agreement provides for a $12 Cash Award to Settlement Class Members who submitted a valid and timely claim.

2. ***Claim Intake and Processing.*** The online claim submission platform was available beginning August 7, 2019 and removed from the Settlement Website at the end of the claims period on November 15, 2019 at 12:00 AM HST/6:00 AM EST. P&N shall continue to process responses to notices of rejection. As of January 10, 2020 P&N has received a total 32,030 claims submissions. Table 1 provides an overview of the claim statuses as of January 10, 2020.

| Table 3: Claim Status Overview (as of January 10, 2020) | |
|---|---|
| **Description** | **Volume (#)** |
| Total Claims Received | 32,030 |
| Denied – Late Claims | 198 |
| Denied – Duplicate Claim | 361 |
| Denied – Invalid Claim | 413 |
| Denied – Deficient Claim | 212 |
| Valid Claims | 30,846 |

## II.   <u>EXCLUSIONS AND OBJECTIONS</u>

3. ***Exclusions (Opt Outs) Received****. The Preliminary Approval Order states that *"Any member of the Class who wishes to opt out of the Settlement must complete and mail to the Settlement Administrator a Request for Exclusion that is postmarked no later than the Opt-Out Deadline. The Request for Exclusion must: (a) identify the name and address of the member of the Class requesting exclusion; (b) provide the phone number at which that member of the Class believes he or she was called by Defendant or one of Defendant's independent distributors during the Class Period; (c) be personally signed by the member of the Class requesting exclusion; and (d) contain a statement that reasonably indicates a desire to be excluded from the Settlement."* P&N received a total of Thirty-Four (34) exclusion requests from Settlement Class Members.  A listing and copies of all exclusion request submissions are attached as Exhibit 1.

4. ***Settlement Objections.*** The Preliminary Approval Order states that *"Any Class Member who has not filed a timely written Request for Exclusion and who complies with the requirements of this Paragraph may object to any aspect of the proposed Settlement either on his or her own or through an attorney hired at his or her expense. Any Class Member who wishes to object to the Settlement must do so in writing on or before the Objection Deadline, as specified in the Class Notice and Preliminary Approval Order."* The Preliminary Approval Order directed that objections be filed with the Court. As of January 10, 2020, P&N has not received any objections from Settlement Class Members.

# Exhibit 1

# Exclusion Requests

## Makaron v. Enagic USA, Inc. (Case No. 2:15-cv-05145-DDP-E C.D. Cal.)
### Exclusion Requests

| Row | Postmark Date* | First Name | Last Name | Street Address | City | State | Zip | Telephone |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/13/2019 | Adele | Berger | 101 Old Oak #110 | Buffalo Grove | Il | 60089 | 847-521-9882 |
| 2 | 8/20/2019 | Michael | Richards | 7404 Holly Ave | Takoma Park | MD | 20912 | 240-485-5801, 202-258-2069, 202-607-1075, 202-423-4098 |
| 3 | 8/20/2019 | Church of the Brethren, Inc. | | 1451 Dundee Ave | Elgin | IL | 60120 | 847-742-6336 |
| 4 | 8/13/2019 | Nora | McKendry | 2041 Sugarloaf Blvd | Summerland Key | FL | 33042-3722 | 831-236-0502 |
| 5 | 8/26/2019 | Shlomo | Rosenberg | 802 Ibsen Street | Woodmere | NY | 11598 | 516-374-7533, 516-374-7532, 646-228-2721, 646-319,9275 |
| 6 | 9/4/2019 | Lan | Deng | 9 Village View lane | Freeport | ME | 04032 | 207-865-0793 |
| 7 | 9/10/2019 | Mark | LeTourneau | 43696 Alcoba Dr / 30425 Jedadiah Smith Road | Temecula | CA | 92592 | 951-551-4071, 951-303-6656 |
| 8 | 9/11/2019 | Lisa | Turvey | 11319 Louise Ave | Granada Hills | CA | 91344 | 818-521-5257 |
| 9 | 9/29/2019 | Loye | Hawkins | 19601 W. Oakmont Drive | Hialeah | FL | 33015 | 305-528-5776 |
| 10 | 10/3/2019 | Christine | Via | PO Box 35402 | Dundalk | MD | 21222 | 410-284-1146 |
| 11 | 10/7/2019 | Colynn | McMath | 4310 Smith Way | Springfield | OR | 97478 | 541-683-6902 |
| 12 | 11/18/2019 | Don | McClain | 1039 Tolley Drive | Sissonville | WV | 25320 | 304-552-8278 |
| 13 | 11/14/2019 | Karlin | Williamson | 1108 South West 67th Place | Oklahoma City | OK | 73139 | 405-206-1185 |
| 14 | 11/14/2019 | Danny | Cochran | 7346 US Highway 70 W | Brownsville | TN | 38012 | 731-432-9558 |
| 15 | 11/14/2019 | Peter | Farsaci | 3310 Oak Brook Road | Baldwinsville | NY | 13027 | 315-635-4743 |
| 16 | 11/14/2019 | Baltazar | Fuentes | PO Box 1251 | Mecca | CA | 92254 | 760-548-8787 |
| 17 | 11/14/2019 | Joan | Hickman | 613 Lake Shore Blvd | Wauconda | IL | 60084 | 239-772-7000 |
| 18 | 11/14/2019 | Michael | Haerting | 136 NE 19th Ct, Apt 119F | Wilton Manors | FL | 33305 | 786-210-6626 |
| 19 | 11/14/2019 | Gary M. | Furches | 9020 Cedar Hill Lane | Shreveport | LA | 71118 | 318-458-1152 |
| 20 | 11/14/2019 | Robert | Reibstein | PO Box 485 | Narberth | PA | 19072 | 610-656-6920 |
| 21 | 11/14/2019 | Donna | Narducci | 3257 Westwood Drive | Atlanta | GA | 30340 | 404-895-2030 |
| 22 | 11/14/2019 | Suzanne K. | Leonard | 1143 W 12th Street | Sheridan | WY | 82801 | 307-775-8224 |
| 23 | 11/14/2019 | Michael | Kirby | 16853 Embers Ave | Farmington | MN | 55024 | 651-235-8734 |
| 24 | 11/14/2019 | Henry Adam | Lopez | 4747 East McKinley Ave, Apt 202 | Fresno | CA | 93703 | 559-696-5642 |
| 25 | 11/14/2019 | Richard T. | Andrews | 1210 Oakdridge Drive | Cleveland | OH | 44121 | 216-282-5111 |
| 26 | 11/14/2019 | Lavinia | Bortis | 721 Cherry St | Novato | CA | 94945 | 415-233-0177 |
| 27 | 11/14/2019 | Eliyahu | Yaari | 317 Aycrigg Ave | Passaic | NJ | 07055 | 718-337-8767 |
| 28 | 11/14/2019 | Olga | Dubinsky | 3-33 Lyncrest Ave | Fair Lawn | NJ | 07410 | 732-598-8895 |
| 29 | 11/14/2019 | Shearra | Hardwick | 1717 Fairgrounds Road, Apt M-8 | Greenville | MS | 38703 | 423-227-4425 |
| 30 | 11/14/2019 | Thomas | Locke | 11895 Jones Bridge Road, #250 | Johns Creek | GA | 30005 | 770-680-2197 |
| 31 | 11/14/2019 | Erza | Henry | 3524 Maple Ave SW | Birmingham | AL | 35221 | 205-910-7078 |
| 32 | 11/14/2019 | Mark-Paul | Goodman | 1840 41st Ave #102-180 | Capitola | CA | 95010 | 831-247-1489 |
| 33 | 11/14/2019 | Charlie | Lopez | 36 Walnut St | Brookline | MA | 02445 | 617-935-2549 |
| 34 | 11/12/2019 | Craig | Cunningham | 3000 Custer Road, ste 270-206 | Plano | TX | 75075 | 615-348-1977, 615-331-7262, 615-212-9191 |

**Makaron v. Enagic USA, Inc.**
**Case No. 2:15-cv-05145-DDP-E (C.D. Cal.)**

### OPT-OUT FORM

If you wish to exclude yourself (opt out) of the class action settlement in the above-referenced case, you must fill out this form and mail it to the Settlement Administrator so that it is postmarked by the deadline identified below.

If you exclude yourself (opt out), you will not receive a monetary payment or other benefits from the settlement and you cannot object to the settlement. You will, however, maintain the right to sue Enagic USA, Inc. on your own individual claims, at your expense, regarding the claims being released in this settlement and you will not be legally bound by the settlement. For more information on opting out, please see Question #8 of the Long Form Notice, which can be accessed at www.EnagicTCPASettlement.com.

You can opt out by mailing a completed copy of this form to the Settlement Administrator at:

ENAGIC TCPA SETTLEMENT - EXCLUSIONS
c/o Postlethwaite & Netterville
PO Box 3518
Baton Rouge, LA, 70821-3518

### All Opt-Out Forms must be postmarked no later than November 14, 2019.
Forms that are not timely submitted will not be considered.

### Opt-Out Verification

By submitting this Opt-Out Form, by mailing it via U.S. mail, I verify my desire to be excluded from the settlement in the case of *Makaron v. Enagic USA, Inc.* Case No.: 2:15-cv-05145-DDP-E (C.D. Cal.). I acknowledge and understand that by opting out of the settlement, I will not receive a monetary payment in the amount of $12 and that I cannot object to the settlement.

| | |
|---|---|
| **Class Member Name:** | *Adele Berger* |
| **Home Street Address:** | *101 Old Oak Dr. #110* |
| **City, State, and Zip Code:** | *Buffalo Grove, Il 60089* |
| **Account Number (if applicable):** | |
| **Cell Phone Number(s) at which you were called (for verification purposes only):** | *847-521-9882* |
| **Signature:** | *Adele Berger* |

FOR MORE INFORMATION, VISIT www.EnagicTCPASettlement.com OR CALL 1-888-662-7142.

CAPITAL DISTRICT 200/208

20 AUG 2019 PM 2 L

Enagic TCPA Settlement - Exclusions
℅ Postleth & Netterville
PO Box 3518
Baton Rouge, LA   70821-3518

70821-351818

**Makaron v. Enagic USA, Inc.**
**Case No. 2:15-cv-05145-DDP-E (C.D. Cal.)**

## OPT-OUT FORM

If you wish to exclude yourself (opt out) of the class action settlement in the above-referenced case, you must fill out this form and mail it to the Settlement Administrator so that it is postmarked by the deadline identified below.

If you exclude yourself (opt out), you will not receive a monetary payment or other benefits from the settlement and you cannot object to the settlement. You will, however, maintain the right to sue Enagic USA, Inc. on your own individual claims, at your expense, regarding the claims being released in this settlement and you will not be legally bound by the settlement. For more information on opting out, please see Question #8 of the Long Form Notice, which can be accessed at www.EnagicTCPASettlement.com.

You can opt out by mailing a completed copy of this form to the Settlement Administrator at:

ENAGIC TCPA SETTLEMENT - EXCLUSIONS
c/o Postlethwaite & Netterville
PO Box 3518
Baton Rouge, LA, 70821-3518

**All Opt-Out Forms must be postmarked no later than November 14, 2019**.
Forms that are not timely submitted will not be considered.

### Opt-Out Verification

By submitting this Opt-Out Form, by mailing it via U.S. mail, I verify my desire to be excluded from the settlement in the case of *Makaron v. Enagic USA, Inc.* Case No.: 2:15-cv-05145-DDP-E (C.D. Cal.). I acknowledge and understand that by opting out of the settlement, I will not receive a monetary payment in the amount of $12 and that I cannot object to the settlement.

| | |
|---|---|
| **Class Member Name:** | MICHAEL W.RICHARDS |
| **Home Street Address:** | 7404 HOLLY AVE. |
| **City, State, and Zip Code:** | TAKOMA PARK, MD 20912 |
| **Account Number (if applicable):** | |
| **Phone Number(s) at which you were called (for verification purposes only):** | 240.485.5801; 202.258.2069; 202.607.1075; 202.423.4098 |
| **Signature:** | *[signature]* |

FOR MORE INFORMATION, VISIT www.EnagicTCPASettlement.com OR CALL 1-888-662-7142.



# Church of the Brethren

August 20, 2019

Settlement Administrator
PO Box 3518
Baton Rouge, LA 70821

**RE: Exclude from Settlement Class**

To Settlement Administrator:

We would like to exclude ourselves from the Settlement Class. Per request, we include the following information:

(1) <u>Case No.</u>: 2:15-cv-05145-DDP -E (C.D. Cal.)

(2) <u>Our name and address</u>: Church of the Brethren, Inc., 1451 Dundee Avenue, Elgin, IL 60120

(3) <u>Cell number as listed on form</u>: 847-742-6336

(4) <u>Statement of exclusion</u>: Please exclude the Church of the Brethren, Inc. from the Settlement Class in Makaron v. Enagic USA, Inc.

Thank you for your attention to this request. Please let us know if additional documentation is required.

Sincerely,

Ed Woolf
Manager of Gift Operations/
Assistant Treasurer

*Continuing the work of Jesus. Peacefully. Simply. Together.*

1451 Dundee Avenue, Elgin, Illinois  60120      847-742-5100      800-323-8039      www.brethren.org



# Church of the Brethren

**1451 Dundee Avenue, Elgin, Illinois 60120**

Treasurer's Office

Presort
First Class Mail
ComBasPrice

U.S. POSTAGE >> PITNEY BOWES

ZIP 60106   **$ 000.41²**
02 4W
0000349534 AUG 21 2019

Settlement Administrator
PO Box 3518
Baton Rouge, LA 70821

GAAZSAB  70821

Request for Removal                    August 13, 2019

I, Nora McKendry am asking to be
take off (Removed, excluded) from
the Settlement and all correspondence.
The address on your file is
Nora McKendry 2041 Sugarloaf Blvd
Summerland Key FL 33042-3722
(831-236-0502 might be the phone Number)

Nora McKendry

X



# COURT-ORDERED LEGAL NOTICE

Case No. 2:15-cv-05145-DDP -E (C.D. Cal.)

THE COURT AUTHORIZED THIS SUMMARY NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

**A settlement** has been proposed in this lawsuit pending in the U.S. District Court for the Central District of California ("Court").

**This case claims** that Enagic USA, Inc. ("Defendant") violated the Telephone Consumer Protection Act by calling cell phones using an automatic telephone dialing system without consent and/or with an artificial or prerecorded voice ("Calls"). Defendant denies it did anything wrong.

**Am I included?** You may be in the Settlement as a "Class Member" if you received one or more calls to your cell phone from Defendant or its Distributors between July 8, 2011 and March 13, 2018, and you did not consent to receive such calls. If you received this notice, records obtained in discovery suggest that you may be a Class Member.



**SETTLEMENT ADMINISTRATOR**
P.O. BOX 3518
BATON ROUGE, LA 70821

ELECTRONIC SERVICE REQUESTED

PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID
FPI

112686*250*3****AUTO**ALL FOR AAD
CLAIM ID: HCM-2107970
Nora McKendry
2041 Sugarloaf Blvd
Summerland Key FL 33042-3722

Please Remove

VK11

Postal Service: Do Not Mark or Cover Barcode

*Makaron v. Enagic USA, Inc.* Case No. 2:15-cv-05145-DDP-E (C.D. Cal.)

## SETTLEMENT CLAIM FORM

**You must complete, sign and submit a claim form postmarked by November 14, 2019. All claims are subject to verification. You may also submit your claim online at www.EnagicTCPASettlement.com.**

To participate in the Settlement, you must have received one or more calls to your cell phone from Enagic USA, Inc. or its Distributors between July 8, 2011 and March 13, 2018 made through the use of any automatic telephone dialing system or an artificial or prerecorded voice.

Full Name

Primary Address

City                                                                    State        Zip Code

Current Email Address

831-236-0502

Cell Phone Number to Which You Received a Call                    Contact Phone Number

By signing and submitting this Claim Form, I certify under penalty of perjury that: (i) I received a call from Enagic USA, Inc. or its Distributors on the above cell phone number; (ii) I was the subscriber or user of the cell phone number; and (iii) I did not consent to receive such calls.

Date: [  ] / [  ] / [    ]   Signature: _____

**This process takes time; please be patient.**

CLAIM ID: HCM-2107970

Postal Service: Do Not Mark or Cover Barcode

*Makaron v. Enagic USA, Inc.,* Case No. 2:15-cv-05145-DDP -E (C.D. Cal.)

2:15-cv-05145-DDP-E   Document 140   Filed 01/10/20   Page 14 of 68   Page ID #:

Please exclude me from this settlement

Name: Shlomo Rosenberg

Address: 802 Ibsen Street, Woodmere, NY 11598

Number at which I received calls from defendant(s):

516 374 7533

516 374 7532

646 228 2721

646 319 9275

I wish to be excluded from the settlement for above four numbers and any other number.

I reserve my rights to sue separately for damages of $500 per call or $1500 per call made wilfully and do not release any claims against defendant(s).

USA, Inc. or its Distributors on the ~~~ .
number; and (iii) I did not consent to receive such calls.

Date: ☐☐ / ☐☐ / ☐☐☐☐   Signature: _____

**This process takes time; please be patient.**

Postal Service: Do Not Mark or Cover Barcode

CLAIM ID: CCK 4687543



# BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO. 416     BATON ROUGE, LA

POSTAGE WILL BE PAID BY ADDRESSEE

ENAGIC TCPA SETTLEMENT
C/O POSTLETHWAITE & NETTERVILLE
P.O. BOX 3518
BATON ROUGE LA 70821-9903

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

I received a letter stating that
I am a "Class Member" in
the Makaron V. Enagic USA, Inc
lawsuit. I would like to be excluded
from this cass.

My address is 9 Village view LN
Freeport, ME 04032.

The cell number is 207-865-079

Thank you, Lan Deng

X Lan Deng

Lan Dens
9 village view in
Freeport, ME
04032

04 SEP 2019 PM 2 L

FOREVER / USA

Enagic TCPA settlement
C/o Postlethwaite, and Netterville
P.O. Box 3518
Baton Rouge, LA 70821-9903

70821-351818

**Makaron v. Enagic USA, Inc.**
**Case No. 2:15-cv-05145-DDP-E (C.D. Cal.)**

## OPT-OUT FORM

If you wish to exclude yourself (opt out) of the class action settlement in the above-referenced case, you must fill out this form and mail it to the Settlement Administrator so that it is postmarked by the deadline identified below.

If you exclude yourself (opt out), you will not receive a monetary payment or other benefits from the settlement and you cannot object to the settlement. You will, however, maintain the right to sue Enagic USA, Inc. on your own individual claims, at your expense, regarding the claims being released in this settlement and you will not be legally bound by the settlement. For more information on opting out, please see Question #8 of the Long Form Notice, which can be accessed at www.EnagicTCPASettlement.com.

You can opt out by mailing a completed copy of this form to the Settlement Administrator at:

<div align="center">

ENAGIC TCPA SETTLEMENT - EXCLUSIONS
c/o Postlethwaite & Netterville
PO Box 3518
Baton Rouge, LA, 70821-3518

</div>

<div align="center">

**All Opt-Out Forms must be postmarked no later than November 14, 2019**.
Forms that are not timely submitted will not be considered.

**Opt-Out Verification**

</div>

By submitting this Opt-Out Form, by mailing it via U.S. mail, I verify my desire to be excluded from the settlement in the case of *Makaron v. Enagic USA, Inc.* Case No.: 2:15-cv-05145-DDP-E (C.D. Cal.). I acknowledge and understand that by opting out of the settlement, I will not receive a monetary payment in the amount of $12 and that I cannot object to the settlement.

---

Sept 9, 2019
mark.letourneau@gmail.com

**Class Member Name:** Mark LeTourneau

**Home Street Address:** 43696 Alcoba Dr / 30425 Jedediah Smith Rd.

**City, State, and Zip Code:** Temecula, CA 92592

**Account Number (if applicable):** _____

**Phone Number(s) at which you were called (for verification purposes only):** 951-551-4071 / 951-363-6656

**Signature:** *Mark LeTourneau*

---

FOR MORE INFORMATION, VISIT www.EnagicTCPASettlement.com OR CALL 1-888-662-7142.

*9/10/19*

**Makaron v. Enagic USA, Inc.**
**Case No. 2:15-cv-05145-DDP-E (C.D. Cal.)**

## OPT-OUT FORM

If you wish to exclude yourself (opt out) of the class action settlement in the above-referenced case, you must fill out this form and mail it to the Settlement Administrator so that it is postmarked by the deadline identified below.

If you exclude yourself (opt out), you will not receive a monetary payment or other benefits from the settlement and you cannot object to the settlement. You will, however, maintain the right to sue Enagic USA, Inc. on your own individual claims, at your expense, regarding the claims being released in this settlement and you will not be legally bound by the settlement. For more information on opting out, please see Question #8 of the Long Form Notice, which can be accessed at www.EnagicTCPASettlement.com.

You can opt out by mailing a completed copy of this form to the Settlement Administrator at:

<div align="center">

ENAGIC TCPA SETTLEMENT - EXCLUSIONS
c/o Postlethwaite & Netterville
PO Box 3518
Baton Rouge, LA, 70821-3518

</div>

<div align="center">

**All Opt-Out Forms must be postmarked no later than November 14, 2019**.
Forms that are not timely submitted will not be considered.

**Opt-Out Verification**

</div>

By submitting this Opt-Out Form by mailing it via U.S. mail, I verify my desire to be excluded from the settlement in the case of *Makaron v. Enagic USA, Inc.* Case No.: 2:15-cv-05145-DDP-E (C.D. Cal.). I acknowledge and understand that by opting out of the settlement, I will not receive a monetary payment in the amount of $12 and that I cannot object to the settlement.

| | |
|---|---|
| Class Member Name: | *LISA TURVEY* |
| Home Street Address: | *11319 LOUISE AVE.* |
| City, State, and Zip Code: | *GRANADA HILLS, CA  91344* |
| Account Number (if applicable): | *CLAIM ID #: NLZ-5157611* |
| Phone Number(s) at which you were called (for verification purposes only): | *(818) 521-5257* |
| Signature: | |

FOR MORE INFORMATION, VISIT www.EnagicTCPASettlement.com OR CALL 1-888-662-7142.

ENAGIC TCPA SETTLEMENT - EXCLUSIONS
c/o Postlethwaite & Netterville
P.O. Box 3518
Baton Rouge, LA 70821

September 29, 2019

To Whom It May Concern;
I would like to be excluded from Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.).  I would also like to be excluded from the Settlement.

Loye N. Hawkins
19601 W. Oakmont Dr
Hialeah, FL 33015
305-528-5776

Thank you

Loye Hawkins                    Date

Loye Hawkins
19601 W Oakmont Dr
Hialeah, FL 33015

MIAMI FL 331

30 SEP 2019  PM 6 L

ENAGIC TCPA SETTLEMENT - EXCLUSIONS
c/o Postlethwaite & Netterville
P.O. Box 3518
Baton Rouge, LA 70821

70821-351818

October 3, 2019

Settlement Administrator
P.O. Box 3518
Baton Rouge, LA 70821

I would like to exclude myself from the settlement.  I do not recall any contact by phone from the defendant, ENAGIC/TCPA.  My  contact information is listed below.

Thank you,

Christine Via
P.O. Box 35402
Dundalk, MD  21222-7402

Phone 410-284-1146

*Christine Via   10-3-2019*

C. Via
P.O. Box 35402
Dundalk, MD
21222

04 OCT 2019 PM 7 L

CELEBRATE!

Settlement Administrator
P.O. Box 3518
Baton Rouge, LA
70821

70821-351818

10-7-19

Settlement Administrator
P.O. Box 3518
Baton Rouge, LA 70821

Colynn M. McMath
4310 Smith Way
Springfield, OR 97478
Cell # None

      Please exclude me from this Settlement.

Sincerley,

    Colynn M. McMath

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO. 416     BATON ROUGE, LA

POSTAGE WILL BE PAID BY ADDRESSEE

ENAGIC TCPA SETTLEMENT
C/O POSTLETHWAITE & NETTERVILLE
P.O. BOX 3518
BATON ROUGE LA 70821-9903

---

*Makaron v. Enagic USA, Inc.*, Case No. 2:15-cv-05145-DDP-E (C.D. Cal.)

THIS SUMMARY NOTICE PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.

**Summary of the Settlement:** Defendant has agreed to pay twelve dollars ($12.00) to each Class Member who submits a valid and timely claim, pay Class Counsel's attorneys' fees of up to $1,300,000, pay Class Counsel's actual costs up to $60,000, pay a service award to the Class Representative of $7,500, and pay any costs and expenses of settlement administration. Defendant has also agreed to an injunction regarding its and its Distributors calling practices and compliance with the Telephone Consumer Protection Act.

**Can I Get Money from the Settlement?** Yes, each Class Member who submits a valid and timely Settlement Claim will receive a cash award of twelve dollars ($12.00).

**How Do I Make A Settlement Claim?** To make a claim 1) fill out, sign, and mail this claim form back; 2) submit a claim online at www.EnagicTCPASettlement.com; OR 3) print and complete the form from the Settlement website and mail to the address below. Claim forms must be submitted online or, if by mail, postmarked on or before **November 14, 2019.**

**Do I Have a Lawyer?** Yes. The Court has appointed the Law Offices of Todd M. Friedman, P.C. as counsel for the Class. The lawyers will be paid by Defendant as part of the Settlement. You may hire your own lawyer to represent you at your own expense.

**What Should I Do?** Class Members have four options: **(1) Submit a Claim** to the Settlement Administrator to receive twelve dollars ($12.00). If the Settlement is approved, you will not have the right to sue separately for damages of $500 per call, or $1,500 per calls made willfully. **(2) Remain a Class Member but object to the Settlement.** Instructions for objecting are available at www.EnagicTCPASettlement.com. Objections and supporting documents must be mailed to the Court postmarked by **November 14, 2019.** You may choose to pay for and be represented by a lawyer who may send the objection for you. **(3) Exclude yourself** from the Settlement by mailing a request to the Settlement Administrator (not the Court). You must state in writing your name, address, the cell number at which you believe you received a call from Defendant, and that you want to be excluded from this Settlement. Exclusions must be signed and postmarked no later than **November 14, 2019.** If you do nothing, you will remain part of the Settlement Class and will release your claims against the Released Parties, but you will not receive any money from this Settlement.

**Scheduled Hearing:** The judge scheduled a hearing for **January 13, 2020 at 10:00 a.m.**, at the United States District Court for the Central District of California, United States Courthouse, 350 W. 1st Street, 6th Floor, Courtroom 9C, Los Angeles, CA 90012, regarding whether to give final approval to the Settlement, including the amounts of any attorneys' fees, costs, and class representative award. The hearing may be changed without further notice. It is not necessary for you to appear at this hearing, but you may attend at your own expense.

**For more information:** Visit: www.EnagicTCPASettlement.com; Call: 1-888-662-7142; or write to: ENAGIC TCPA SETTLEMENT c/o Postlethwaite & Netterville, P.O. Box 3518, Baton Rouge, LA 70821

THE COURT AUTHORIZED THIS SUMMARY NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

**A settlement** has been proposed in this lawsuit pending in the U.S. District Court for the Central District of California ("Court").

**This case claims** that Enagic USA, Inc. ("Defendant") violated the Telephone Consumer Protection Act by calling cell phones using an automatic telephone dialing system without consent and/or with an artificial or prerecorded voice ("Calls"). Defendant denies it did anything wrong.

**Am I included?** You may be in the Settlement as a "Class Member" if you received one or more calls to your cell phone from Defendant or its Distributors between July 8, 2011 and March 13, 2018, and you did not consent to receive such calls. If you received this notice, records obtained in discovery suggest that you may be a Class Member.

SETTLEMENT
ADMINISTRATOR
P.O. BOX 3518
BATON ROUGE, LA 70821

PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID

ELECTRONIC SERVICE REQUESTED

167255*297*2****AUTO**ALL FOR AAD
CLAIM ID: KFS-4613565
Colynn McMath
4310 Smith Way
Springfield OR 97478-5956

Postal Service: Do Not Mark or Cover Barcode

VK11

---

Postal Service: Do Not Mark or Cover Barcode

CLAIM ID: KFS-4613565

**This process takes time; please be patient.**

Date: [ ] [ ] / [ ] [ ] / [ ] [ ]   Signature:

By signing and submitting this Claim Form, I certify under penalty of perjury that: (i) I received a call from Enagic USA, Inc. or its Distributors on the above cell phone number; (ii) I was the subscriber or user of the cell phone number; and (iii) I did not consent to receive such calls.

Cell Phone Number to Which You Received a Call

**541-683-6902**

Contact Phone Number

[ ] [ ] [ ] - [ ] [ ] [ ] - [ ] [ ] [ ] [ ]

Current Email Address

City                                           State      Zip Code

Primary Address

Full Name

To participate in the Settlement, you must have received one or more calls to your cell phone from Enagic USA, Inc. or its Distributors between July 8, 2011 and March 13, 2018 made through the use of any automatic telephone dialing system or an artificial or prerecorded voice.

**You must complete, sign and submit a claim form postmarked by November 14, 2019. All claims are subject to verification. You may also submit your claim online at www.EnagicTCPASettlement.com.**

## SETTLEMENT CLAIM FORM

*Makaron v. Enagic USA, Inc.*, Case No. 2:15-cv-05145-DDP-E (C.D. Cal.)

*WALTON S. SHEPHERD, III*
Attorney At Law
**P. O. Box 13249**
Telephone 304-984-3306      **Sissonville, WV   25360-0249**      Fax 304-984-3307
e-mail:  wsshepherd@frontier.com

November 7, 2019

ENAGIC TCPA SETTLEMENT
C/O Postlethwaite & Netterville
P. O. Box 3518
Baton Rouge, LA  70821-9903

       Re:  Don McClain, Claim ID:  JHC-6519866
            1039 Tolley Drive
            Sissonville, WV  25320

Gentlemen:

Please exclude Mr. McClain from the above-referenced settlement.   His cell number was 304-552-8278.

Please also exclude him from the address list.

            Sincerely yours,

            Walton S. Shepherd, III

WSSDb

# LEMBERG LAW

Sergei Lemberg, Esq. (Admitted in NY, MA, CT, PA, GA) -- Principal
Jody B. Burton, Esq. (Admitted in CT, NY, PA, DC)
Stephen Taylor, Esq. (Admitted in CT, NY)
Vlad Hirnyk, Esq. (Admitted in CT, NY)
Joshua Markovits, Esq. (Admitted in NY)
Spencer H. Kuhner, Esq. (Admitted in NY, NJ)
**Of Counsel**
Trinette G. Kent, Esq. (Admitted in AZ, CA)
Sofia Balile, Esq. (Admitted in NY, NJ)
Amy L. Cueller, Esq. (Admitted in IN, WI)
Curtis R. Hussey, Esq. (Admitted in AL, MS, UT)

November 14, 2019

**VIA PRIORITY MAIL**
ENAGIC TCPA SETTLEMENT - EXCLUSIONS
c/o Postlethwaite & Netterville
P.O. Box 3518
Baton Rouge, LA 70821

RE: *Makaron, v. Enagic USA Inc., No. 2:15-cv-05145-DDP-E*

Dear Claims Administrator:

Enclosed please find Requests for Exclusion from Class Action Settlement for the following class members:

1. Karlin Williamson
2. Danny Cochran
3. Peter Farsaci
4. Baltazar Fuentes
5. Joan Hickman
6. Michael Haerting
7. Gary M. Furches
8. Robert Reibstein
9. Donna Narducci
10. Suzanne K Leonard
11. Michael Kirby
12. Henry Adam Lopez
13. Richard T. Andrews
14. Lavinia Bortis
15. Eliyahu Yaari
16. Olga Dubinsky
17. Shearra Hardwick
18. Thomas Locke
19. Erza Henry

20. Mark-Paul Goodman
21. Charlie Lopez

Sincerely,

Olga Voytovych
Paralegal
(203) 653-2250 x 5508

Encl.

2

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E*, pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Karlin Williamson

My Current Address: 1108 South West 67th Place Oklahoma City, Oklahoma 73139

My Telephone Number called by Enagic: +14052061185

Signature:

Karlin Williamson

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E,* pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Danny Cochran

My Current Address: 7346 US Highway 70 W Brownsville, Tennessee 38012

My Telephone Number called by Enagic: +17314329558

Signature:

Danny Cochran

*Danny Cochran*

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E,* pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Peter Farsaci

My Current Address: 3310 Oak Brook Rd Baldwinsville, New york 13027

My Telephone Number called by Enagic: +13156354743

Signature:

Peter Farsaci

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E*, pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Baltazar Fuentes

My Current Address: PO Box 1251 Mecca, California 92254

My Telephone Number called by Enagic: +17605488787

<div style="margin-left:40%">

Signature:

Baltazar Fuentes

</div>

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E*, pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Joan Hickman

My Current Address: 613 Lake Shore Blvd Wauconda, Illinois 60084

My Telephone Number called by Enagic: +12397727000

<div style="text-align:center">

Signature:

Joan Hickman

</div>

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E*, pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Michael Haerting

My Current Address: 136 NE 19th Ct Apt 119F Wilton Manors, Florida 33305

My Telephone Number called by Enagic: +17862106626

Signature:

Michael Haerting

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E,* pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: gary m furches

My Current Address: 9020 Cedar Hill Lane Shreveport, Louisiana 71118

My Telephone Number called by Enagic: +13184581152

<div style="text-align:right">

Signature:

gary m furches

</div>

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E,* pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Robert Reibstein

My Current Address: P.O Box 485 Narberth, Pennsylvania 19072

My Telephone Number called by Enagic: +16106566920

<div align="center">

Signature:

Robert Reibstein

*Robert Reibstein*

</div>

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E*, pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Donna Narducci

My Current Address: 3257 westwood drive Atlanta, Georgia 30340

My Telephone Number called by Enagic: +14048952030

Signature:

Donna Narducci

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E*, pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Suzanne K Leonard

My Current Address: 1143 W 12th Street Sheridan, Wyoming 82801

My Telephone Number called by Enagic: +13077528224

Signature:

Suzanne K Leonard

*Suzanne K Leonard*

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E,* pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Michael Kirby

My Current Address: 16853 Embers Ave Farmington, Minnesota 55024

My Telephone Number called by Enagic: +16512358734

Signature:

Michael Kirby

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E,* pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Henry Adam Lopez

My Current Address: 4747 East McKinley Ave Apt. 202 Fresno, California 93703

My Telephone Number called by Enagic: +15596965642

<div style="margin-left:40%">

Signature:

Henry Adam Lopez

*Henry Adam Lopez*

</div>

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E,* pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Richard Andrews

My Current Address: 1210 Oakridge Dr Cleveland, Ohio 44121

My Telephone Number called by Enagic: +12162825111

<div align="right">

Signature:

Richard Andrews

*Richard T. Andrews*

</div>

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E*, pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Lavinia Bortis

My Current Address: 721 Cherry St Novato, California 94945

My Telephone Number called by Enagic: +14152330177

<div align="right">

Signature:

Lavinia Bortis

</div>

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:


I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E,* pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Eliyahu Yaari

My Current Address: 317 Aycrigg Ave Passaic, New jersey 07055

My Telephone Number called by Enagic: +17183378767

<div align="right">

Signature:

Eliyahu Yaari

</div>

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E*, pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Olga Dubinsky

My Current Address: 3-33 Lyncrest Ave Fair lawn, New jersey 07410

My Telephone Number called by Enagic: +17325988895

<div style="margin-left:40%">

Signature:

Olga Dubinsky

</div>



**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E,* pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Shearra Hardwick

My Current Address: 1717 Fairgrounds Rd Apt M-8 Greenville, Mississippi 38703

My Telephone Number called by Enagic: +14232274425

<div style="text-align: right;">

Signature:

Shearra Hardwick

*Shearra Hardwick*

</div>

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E*, pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Thomas Locke

My Current Address: 11895 Jones Bridge Rd #250 Johns Creek, Georgia 30005

My Telephone Number called by Enagic: +17706802197

<div style="text-align:center">Signature:</div>

<div style="text-align:center">Thomas Locke</div>

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:


I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E,* pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Erza Henry

My Current Address: 3524 maple ave SW Birmingham, Alabama 35221

My Telephone Number called by Enagic: +12059107078

<div align="right">

Signature:

Erza Henry

</div>

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E,* pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Mark-Paul Goodman

My Current Address: 1840 41st Ave #102-180 Capitola, California 95010

My Telephone Number called by Enagic: +18312471489

<div align="center">

Signature:

Mark-Paul Goodman

*Mark-Paul Goodman*

</div>

**REQUEST FOR EXCLUSION**

*Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E(C.D. Cal.)*

To Whom It May Concern:

I affirm that I am a member of the Class and that I personally signed this request. I am writing to request that you <u>exclude</u> me from the settlement in *Makaron v. Enagic USA, Inc., No. 2:15-cv-05145-DDP-E*, pending in the United States District Court for the Central District of California. Below find all pertinent information necessary to <u>exclude</u> me from the Settlement and Settlement Class. Please contact me should you have any questions.

My Full Name: Charlie Lopez

My Current Address: 36 Walnut st Brookline, Massachusetts 02445

My Telephone Number called by Enagic: +16179352549

<div style="margin-left: 40%;">

Signature:

Charlie Lopez

*Charlie Lopez*

</div>

11/11/2019

Makaron v Enagic Class action opt out c/o Postlethwaite & Netterville, PO Box 3518, Baton Rouge, LA 70821-3518

My name is Craig Cunningham and I hereby opt out of the Enagic class action settlement

I was called on 615-348-1977, 615-331-7262, and 615-212-9191

My address is 3000 Custer Road, ste 270-206, Plano, Tx 75075

Thanks

Craig Cunningham

3000 Custer Rd
Ste 270-206
Plano, TX 75075

7019 1640 0000 7596 5194

Postlethwaite and Netterville
P.O. BOX 3518
Baton Rouge, LA 70821-3518

Note: 11:22:19

$4.00
US POSTAGE
FIRST-CLASS
071V01330112
75013
001341831

70821-351818

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On January 10, 2020, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: Status Report Regarding Administration on interested parties in said case as follows:

[x]     ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 21550 Oxnard St., Suite 780, Woodland Hills, CA 91367.

Executed on January 10, 2020, at Woodland Hills, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Todd M. Friedman
        Todd M. Friedman