JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

NO. 2:15-cv-05145-DDP-E

EDWARD MAKARON, individually
and on behalf of all others similarly
situated,

                         Plaintiff,

        vs.

ENAGIC USA, INC.,

                         Defendant.

**JUDGMENT**

Pursuant to the Court's Order Granting Final Approval of Class Action Settlement and Dismissing Class Plaintiff's Claims (the "Final Approval Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1.      Payments shall be made to Class Members who submitted valid claims, in accordance with the terms of the Settlement Agreement.

2.      A service award of seven thousand five hundred ($7,500) shall be paid to Plaintiff, in accordance with the terms of the Settlement Agreement.

3.      Class Counsel attorneys' fees in the amount of one million three hundred thousand dollars ($1,300,000), and costs in the amount of sixty thousand dollars ($60,000), shall be paid in accordance with the terms of the Settlement Agreement.

4.      The Settlement Administrator, Postlethwaite & Netterville (P&N), shall be paid for its fees and expenses in connection with the administration of the Settlement Agreement, in accordance with the terms of the Settlement Agreement.

5.      Except as to any Class Members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.


Dated this 16th day of January, 2020.


_____

Hon. Dean D. Pregerson
United States District Judge